# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KIA SENGSTOCK,                     )<br>                                                 )<br>                         Plaintiff,   )<br>                                                 )<br>vs.                                           )<br>                                                 )<br>MANDALAY EMPLOYMENT, LLC, et al.,  )<br>                                                 )<br>                         Defendants.  )<br>_____)  | Case No. 2:13-cv-01894-APG-PAL<br><br>**ORDER** |

This matter is before the court on the parties' failure to file a joint status report as required in Order (Dkt. #3) entered October 16, 2013, regarding removal of this case to federal district court. On October 30, 2013, Defendants filed a signed Statement (Dkt. #8) which complied with the court's order that the removing party file a statement providing the information specified. However, the parties have not submitted a joint status report regarding removal as required. Accordingly,

**IT IS ORDERED** the parties shall file a joint status report **no later than 4:00 p.m., December 18, 2013,** which must:

1. Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.
2. Include a statement by counsel of action required to be taken by this court.
3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

Dated this 6th day of December, 2013.

_____
Peggy A. Leen
United States Magistrate Judge